No. A–271.  NON-RESIDENT TAXPAYERS ASSOCIATION OF PENNSYLVANIA AND NEW JERSEY ET AL. *v.* MURRAY, SHERIFF, ET AL.  D. C. E. D. Pa.  Application for injunction presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.  MR. JUSTICE DOUGLAS would grant the application.

No. 56, Orig.  VIRGINIA *v.* INTERNATIONAL AIR TRANSPORT ASSN. ET AL.  Motion of Metropolitan Washington Board of Trade for leave to file a brief as *amicus curiae* granted.  Motion for leave to file bill of complaint denied.  *Washington* v. *General Motors Corp.,* 406 U. S. 109.  MR. JUSTICE POWELL took no part in the consideration or decision of these motions.

No. 70–18.  ROE ET AL. *v.* WADE, DISTRICT ATTORNEY OF DALLAS COUNTY.  Appeal from D. C. N. D. Tex.; and

No. 70–40.  DOE ET AL. *v.* BOLTON, ATTORNEY GENERAL OF GEORGIA, ET AL.  Appeal from D. C. N. D. Ga. [Restored to calendar, 408 U. S. 919.]  Motion of California Committee to Legalize Abortion et al. for leave to file a brief as *amici curiae* granted.

No. 70–106.  HEFFERNAN, GUARDIAN *v.* DOE ET AL.  Appeal from D. C. N. D. Ill.  Motion of appellant to consolidate with No. 70–18 [*Roe* v. *Wade*] and No. 70–40 [*Doe* v. *Bolton*] for oral argument denied.

No. 71–485.  GOTTSCHALK, ACTING COMMISSIONER OF PATENTS *v.* BENSON ET AL.  C. C. P. A.  [Certiorari granted, 405 U. S. 915.]  Motion of Association of Data Processing Service Organizations, Software Products and Service Section, for leave to participate in oral argument as *amicus curiae* denied.  MR. JUSTICE STEWART, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.